JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALENTINO JOHNSON,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>DAVID SHINN, Warden,<br><br>　　　　Respondent. | Case No. 5:17-cv-02542-JFW (SK)<br><br>**JUDGMENT** |

　　Pursuant to the Order Dismissing Petition for Lack of Prosecution, **IT IS ADJUDGED** that the petition for writ of habeas corpus be dismissed and this action be dismissed without prejudice.

DATED: May 29, 2018　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　HON. JOHN F. WALTER
　　　　　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE